DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RONALD GENE PURCELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RONALD GENE PURCELL, )<br>)<br>Defendant. )<br>)<br>_____ ) | No. 1:10-cr-00337 OWW<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE AND ORDER THEREON<br><br>Date:   September 27, 2010<br>Time:   9:00 a.m.<br>Judge:  Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE L. THIELHORN, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Ronald Gene Purcell, that the date for status conference may be continued to September 27, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is September 13, 2010.  The requested new date is September 27, 2010.**

The parties hope to reach a plea agreement in this matter and additional time is requested to allow for plea negotiations.  In addition, defense counsel will be out of the office on September 13, 2010 and the requested continuance will allow for continuity of counsel.

The parties agree that the delay resulting from the continuance shall be excluded as necessary

Purcell - Stipulation and Order to Continue Status Conference

for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

                                                              BENJAMIN B. WAGNER
                                                              United States Attorney

DATED: September 9, 2010               By /s/ Michele L. Thielhorn
                                                               MICHELE L. THIELHORN
                                                               Assistant United States Attorney
                                                               Attorney for Plaintiff

                                                               DANIEL J. BRODERICK
                                                               Federal Defender

DATED: September 9, 2010               By /s/ Eric V. Kersten
                                                               ERIC V. KERSTEN
                                                               Assistant Federal Defender
                                                               Attorney for Defendant
                                                              RONALD GENE PURCELL

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   September 10, 2010**                **/s/ Oliver W. Wanger**
                                                            UNITED STATES DISTRICT JUDGE