```
BENJAMIN B. WAGNER
United States Attorney
MICHELE THIELHORN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00337-OWW |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| RONALD GENE PURCELL, ) | |
| ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Ronald Gene Purcell it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), defendant Ronald Gene Purcell's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a) ACER-Aspireone model KAV60 and powercord;
   b) Western digital external storage medium - no serial number;
   c) Centon 2 GB Flash drive;
   d) T-Flash flash drive, unknown storage capacity;
   e) Epson Workforce 610 model C363B serial number LHMY252648 power cable scanner/printer;
   f) HP inkjet cartridge, number 29; and
   g) $200.00 in U.S. currency.

PRELIMINARY ORDER OF FORFEITURE       1

2. Assets (a)-(f) above constitute material or apparatus used or fitted or intended to be used, in the making of counterfeits, articles, devices or things, found in the possession of any person without authority from the Secretary of the Treasury or other proper officer in violation of 18 U.S.C. § 471.  Asset (g) above constitutes property that was derived from, proceeds obtained directly or indirectly, as the result of a violation of 18 U.S.C. § 471.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Secret Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

  b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty

PRELIMINARY ORDER OF FORFEITURE    2

1  (60) days from the first day of publication of the Notice of
2  Forfeiture posted on the official government forfeiture site, or
3  within thirty (30) days from receipt of direct written notice,
4  whichever is earlier.
5      5.   If a petition is timely filed, upon adjudication of all
   third-party interests, if any, this Court will enter a Final
6  Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B), 18
   U.S.C. § 492 and 28 U.S.C. § 2461(c), in which all interests will
7  be addressed.  IT IS SO ORDERED.

**Dated:    October 26, 2010**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE