BENJAMIN B. WAGNER
United States Attorney
MICHELE THIELHORN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-00337-OWW |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD GENE PURCELL, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, on or about October 26, 2010, this Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 492, and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Ronald Gene Purcell forfeiting to the United States the following property:

  a) ACER-Aspireone model KAV60 and powercord;
  b) Western digital external storage medium - no serial number;
  c) Centon 2 GB Flash drive;
  d) T-Flash flash drive, unknown storage capacity;
  e) Epson Workforce 610 model C363B serial number LHMY252648 power cable scanner/printer;
  f) HP inkjet cartridge, number 29; and
  g) $200.00 in U.S. currency.

AND WHEREAS, beginning on October 30, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government

FINAL ORDER OF FORFEITURE                1

1  forfeiture site www.forfeiture.gov.  Said published notice
2  advised all third parties of their right to petition the Court
3  within sixty (60) days from the first day of publication of the
4  notice for a hearing to adjudicate the validity of their alleged
5  legal interest in the forfeited property;
6       AND WHEREAS, the Court has been advised that no third party
7  has filed a claim to the subject property and the time for any
8  person or entity to file a claim has expired.
9       Accordingly, it is hereby ORDERED and ADJUDGED:
10      1.   A Final Order of Forfeiture shall be entered forfeiting
11 to the United States of America all right, title, and interest in
12 the above-listed property pursuant to 18 U.S.C. § 982(a)(2)(B),
13 18 U.S.C. § 492, and 28 U.S.C. § 2461(c), to be disposed of
14 according to law, including all right, title, and interest of
15 Ronald Gene Purcell.
16      2.   All right, title, and interest in the above-listed
17 property shall vest solely in the name of the United States of
18 America.
19      3.   The United States Secret Service shall maintain custody
20 of and control over the subject property until it is disposed of
21 according to law.
22 IT IS SO ORDERED.

**Dated:   January 5, 2011**          /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE